IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                              4:14-CR-00142-01-BRW

ANTHONY SHANE SCOTT

## ORDER

Defendant's Motion to Reduce Sentence is (Doc. No. 107) is DENIED.

Retroactive Guidelines Amendment 821 reduces Defendant's criminal history score from 8 to 6, resulting in a new criminal history category of III. With a total offense level of 28 and a criminal history category of III, the new Guidelines range is 97-120 months.[1]

However, a sentence reduction is not warranted because: (1) Defendant's plea agreement provides that he "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2)";[2] a sentence of 110 months, which is within the new Guidelines range, is appropriate after considering the § 3553(a) factors;[3] and (3) Defendant's numerous violations while in custody.

IT IS SO ORDERED this 17th day of November, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 120 months is the statutory maximum, so the range is 97-120 months rather than 97-121 months.

[2] Doc. No. 53.

[3] Specifically, § 3553(a)(2)(A), (B), and (C).